1  David R. Koch (Nevada Bar No. 8830)
2  Steven B. Scow (Nevada Bar No. 9906)
   Brody R. Wight (Nevada Bar No. 13615)
3  KOCH & SCOW LLC
   11500 S. Eastern Ave., Suite 210
4  Henderson, NV  89052
5  Telephone:  (702) 318-5040
   Facsimile:   (702) 318-5039
6

7  Attorneys for Plaintiff Arlis Jones

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11 | ARLIS JONES, an individual;              | Case No.  2:15-CV-167-RFB-GWF

12 |                                          |
   |                    Plaintiff,            |
13 | v.                                       | **STIPULATION AND ~~PROPOSED~~**
   |                                          | **ORDER TO EXTEND CASE**
14 |                                          | **DEADLINES AND SET**
   | FANTASTIC FACTORY, INC dba               | **SETTLEMENT CONFERENCE**
15 | eInflatables aka eInflatables.com; and   | **WITH MAGISTRATE JUDGE**
16 | AMERICAN RENTAL ASSOCIATION;             | **(First Request)**
   |                                          |
17 |                    Defendants.           |

18

19

20

21

22         Plaintiff Arlis Jones and Defendants SPN Investments, Inc. dba Einflatables aka

23 eInflatables.com and American Rental Association, subject to the Court's approval, hereby

24 stipulate to a 90 day extension of the remaining case deadlines set forth in the Scheduling

25 Order in this action.  The parties believe good cause exists to extend the case deadlines to

26 allow the parties to attempt to settle this action with a settlement conference.

27

28

1   WHEREAS, the parties have recently completed discovery in the action, including

2   the depositions of plaintiff Arlis Jones and his wife, and the depositions of SPN

3   Investments, and employees of the company;

4   WHEREAS, during these depositions and in subsequent discussions, the parties have

5   determined that a settlement conference would assist in the potential resolution of this

6   matter;

7   WHEREAS, the current scheduling order includes the submission of a Joint Pretrial

8   Order on January 20, 2016.

9

10   **THE PARTIES THEREFORE STIPULATE AND AGREE THAT:**

11   The submission of the Joint Pretrial Order should be continued for 90 days, with a

12   new deadline of April 20, 2016.

13   The parties request that a settlement conference be scheduled with Magistrate Judge

14   Foley during the weeks of February 28 or March 7, 2016.

15

16   KOCH & SCOW LLC                                WOLFE & WYMAN, LLP

17

18   By:   /s/ David R. Koch                        By:   /s/ Cheryl C. Bradford

19         David R. Koch                                  Cheryl C. Bradford

20         Attorneys for Plaintiffs                       Attorneys for Defendants

21

22

23

24

25

26

27

28

1

2                                   **ORDER**

3        Good cause having been showing in the parties' stipulation, this Court hereby orders

4   as follows:

5        The deadline for submission of the Joint Pretrial Order is continued to April 20,

6   2016.

7        A settlement conference is hereby scheduled for  Friday, March 4, 2016

8   before Magistrate Judge George W. Foley.

9

10  Dated:   January 26, 2016                    _____

11                                                    Magistrate Judge

12

13

14  Submitted by:

15  **KOCH & SCOW LLC**

16  /s/  David R. Koch
    _____
17  David R. Koch
    Attorneys for Plaintiff Arlis Jones

18

19

20

21

22

23

24

25

26

27

28