Cheryl C. Bradford, Esq.
Nevada Bar # 9765
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
*ccbradford@wolfewyman.com*

Attorneys for Defendant,
SPN INVESTMENTS, INC. d/b/a eInflatables (erroneously sued as "Fantastic Factory, Inc. dba eInflatables aka eInflatables.com") and AMERICAN RENTAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARLIS JONES, an individual;<br><br>　　　　Plaintiff,<br>　v.<br><br>FANTASTIC FACTORY, INC dba eInflatables aka eInflatables.com; and AMERICAN RENTAL ASSOCIATION;<br><br>　　　　Defendants. | CASE NO.: 2:15-cv-00167-RFB-GWF<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

It is hereby stipulated by and between Defendant SPN INVESTMENTS, INC. d/b/a eInflatables and AMERICAN RENTAL ASSOCIATION ("Defendants"), and Plaintiff ARLIS JONES ("plaintiff"), pursuant to the written settlement agreement between plaintiff and defendants entered into on March 4, 2016, ("settlement agreement"), that all parties collectively agree to stipulate to dismiss Plaintiff Arls Jones' Complaint filed in this matter, including claims and causes of action therein, with prejudice, with each party to bear their own attorney's fees, costs and expenses in the above-captioned action, and therefore the entire action, shall be dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

///

///

///

2313402.1

Plaintiff, and defendant agree that the court shall retain jurisdiction to enforce the settlement agreement.  Each party shall bear its, their, his or her own costs and attorneys' fees.

DATED:   April 5, 2016                         WOLFE & WYMAN LLP

By: /s/ *Cheryl C. Bradford*
Cheryl C. Bradford, Esq.
Nevada Bar # 9765
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
*Attorneys for Defendant, SPN INVESTMENTS, INC. d/b/a eInflatables and AMERICAN RENTAL ASSOCIATION*

DATED:   April 5, 2016                         KOCH & SCOW LLC

By: *David R. Koch*
David R. Koch, Esq.
Steven B. Scow, Esq.
Robert L. English, Esq.
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
*Attorneys for Plaintiff*

### ORDER

Pursuant to the Stipulation of Dismissal executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

- The above-entitled action is dismissed with prejudice;
- The Court shall close file.

**IT IS SO ORDERED.**

DATED:   April 7, 2016                         By: /s/ signature

RICHARD F. BOULWARE
United States District Judge

2313402.1